# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CASH WRIGHT AND JASMINE WRIGHT, | : | No. 287 EAL 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| STATE FARM INSURANCE COMPANY, | : | |
| EDWARD B. RUST AND DELORIS | : | |
| BRYANT, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.